G


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Sep 6 04:06:17 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [  ]   OR   [Jump] to record: [  ]   **29 Records(s) found (This page: 1 ~ 29)**

Refine Search "wired*"[bi] and "advance magazine"[on] an [Submit]
Current Search: S9: "wired*"[bi] and "advance magazine"[on] and live[LD] docs: 29 occ: 87

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 78757880 | 3277604 | WIRED STORE | TARR | LIVE |
| 2  | 76661349 |         | WIRED | TARR | LIVE |
| 3  | 76665827 |         | W I R E D NEXTFEST | TARR | LIVE |
| 4  | 76591449 |         | WIRED 40 | TARR | LIVE |
| 5  | 76678398 |         | WIRED SCIENCE | TARR | LIVE |
| 6  | 76978493 |         | WIRED NEXTFEST | TARR | LIVE |
| 7  | 76651705 |         | WIRED NEXTFEST | TARR | LIVE |
| 8  | 76649227 | 3161446 | THE WIRED WORLD'S FAIR | TARR | LIVE |
| 9  | 76564367 | 3078104 | WIRED | TARR | LIVE |
| 10 | 76602971 | 3064194 | WIRED TEST | TARR | LIVE |
| 11 | 76591471 | 2940976 | THE WIRED 40 | TARR | LIVE |
| 12 | 76455809 | 2781551 | WIRED | TARR | LIVE |
| 13 | 76251125 | 2547142 | WIRED NEWS | TARR | LIVE |
| 14 | 76146817 | 2664148 | WIRED WHAT'S NEXT | TARR | LIVE |
| 15 | 76089795 | 2759407 | WIRED | TARR | LIVE |
| 16 | 75922195 | 2539186 | WIRED READER'S RAVES | TARR | LIVE |
| 17 | 75749780 | 2556670 | WIRED INDEX | TARR | LIVE |
| 18 | 75270733 | 2485482 | WIRED DIGITAL | TARR | LIVE |
| 19 | 75270715 | 3107134 | WIRED WORLD | TARR | LIVE |
| 20 | 75454305 | 2226188 | WIRED | TARR | LIVE |
| 21 | 75297174 | 2150960 | WIRED | TARR | LIVE |
| 22 | 75168144 | 2204808 | WIRED | TARR | LIVE |
| 23 | 75136627 | 2129946 | TIRED WIRED | TARR | LIVE |
| 24 | 74689502 | 1967076 | WIRED | TARR | LIVE |
| 25 | 74470050 | 1997802 | WIRED | TARR | LIVE |

| 26 | 74602340 | 1940904 | GET WIRED | TARR | LIVE |
| 27 | 74470049 | 2209318 | WIRED | TARR | LIVE |
| 28 | 74387633 | 2125872 | WIRED | TARR | LIVE |
| 29 | 74287495 | 1853612 | WIRED | TARR | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

H



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 6 04:06:17 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] *Please logout when you are done to release system resources allocated for you.*

[Start] List At: ___  OR [Jump] to record: ___

**4 Records(s) found (This page: 1 ~ 4)**

Refine Search `"details*"[bi] and "advance magazine"[on] a` [Submit]
Current Search: S10: `"details*"[bi] and "advance magazine"[on] and live[LD]` docs: 4 occ: 13

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78865887 | | DETAILS | TARR | LIVE |
| 2 | 76437202 | 2695667 | DETAILS | TARR | LIVE |
| 3 | 76417248 | 2728880 | DETAILS | TARR | LIVE |
| 4 | 74014570 | 1619890 | DETAILS | TARR | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Sep 6 04:06:17 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:     OR [Jump] to record:     **12 Records(s) found (This page: 1 ~ 12)**

Refine Search "conde nast"[bi] and "advance magazine"[o| [Submit]
Current Search: S12: "conde nast"[bi] and "advance magazine"[on] and live[LD] docs: 12 occ: 38

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 78869012      |             | CONDE NAST PORTFOLIO | TARR | LIVE |
| 2  | 76673030      |             | CONDE NAST CURRENCY | TARR | LIVE |
| 3  | 76663728      |             | CONDE NAST TRAVELER | TARR | LIVE |
| 4  | 76673929      |             | CONDÉ NAST PORTFOLIO | TARR | LIVE |
| 5  | 76620396      | 3102717     | CONDÉ NAST PUBLICATIONS | TARR | LIVE |
| 6  | 76474808      | 2831488     | CONDE NAST TRAVELER INSIDER'S GUIDE | TARR | LIVE |
| 7  | 76449610      | 2761342     | CONDE NAST TRAVELER | TARR | LIVE |
| 8  | 76438948      | 2837045     | CONDE NAST BRIDAL INFOBANK | TARR | LIVE |
| 9  | 76391891      | 2686153     | CONDE NAST ARCHIVE | TARR | LIVE |
| 10 | 75709193      | 2543327     | CONDE NAST CITYSOURCE | TARR | LIVE |
| 11 | 74457621      | 1865768     | CONDE NAST TRAVELER TRUTH IN TRAVEL | TARR | LIVE |
| 12 | 73764646      | 1568296     | CONDE NAST TRAVELER | TARR | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

J

# CONDÉNET INTERNATIONAL

CondéNet has been at the cutting edge of web publishing since the launch of the company's first site in 1995. Today, almost 24 million unique users generate more than 430 million page impressions across the CondéNet websites every month.

## USA

**www.brides.com**
BRIDES
ELEGANT BRIDE
MODERN BRIDE

**www.concierge.com**
CONDÉ NAST TRAVELER

**www.epicurious.com**
BON APPÉTIT
GOURMET

**www.golfdigest.com**
GOLF DIGEST
GOLF FOR WOMEN

**www.men.style.com**
GQ
DETAILS

**www.style.com**
VOGUE
W

www.allure.com
www.architecturaldigest.com
www.cookiemag.com
www.dominomag.com
www.flip.com
www.glamour.com
www.houseandgarden.com
www.janemag.com
www.lipstick.com
www.luckymag.com
www.mensvogue.com
www.newyorker.com
www.nutritiondata.com
www.portfolio.com
www.reddit.com
www.self.com
www.teenvogue.com
www.vanityfair.com
www.wired.com
www.ym.com

## UK

www.bridesmagazine.co.uk
www.cntraveller.com
www.easylivingmagazine.co.uk
www.glamourmagazine.co.uk
www.gqmagazine.co.uk
www.gqstyle.com
www.houseandgarden.co.uk
www.johansens.com
www.stylefinder.com
www.tatler.co.uk
www.vanityfair.co.uk
www.vogue.co.uk
www.worldofinteriors.co.uk

## ITALY

www.gqonline.it
www.iosposa.it
www.style.it
www.voguegioiello.it

## GERMANY

www.glamour.de
www.gq-magazin.de
www.myself.de
www.vanityfair.de
www.vogue.de

## FRANCE

www.admagazine.fr
www.glamourparis.com
www.vogue.fr

## SPAIN

www.fraganciasycosmeticos.es
www.mmmoda.es
www.revistaglamour.com
www.revistagq.com
www.revistatraveler.com
www.sposabella.com
www.vogue.es
www.voguenovias.com

## RUSSIA

www.glamour.ru
www.gq.ru

## JAPAN

www.gqjapan.jp
www.vogue.co.jp

## CHINA

www.self.com.cn
www.vogue.com.cn

## TAIWAN

www.gq.com.tw
www.styleblog.com.tw
www.vogue.com.tw

## MEXICO & LATIN AMERICA

www.architecturaldigest.com.mx
www.glamour.com.mx
www.vogue.com.mx

## KOREA

www.allurekorea.com
www.gqkorea.co.kr
www.vogue.co.kr
www.voguegirl.co.kr
www.wkorea.com

## GREECE

www.dominomag.gr
www.glamourmag.gr
www.lucky.gr
www.voguehellas.gr

## AUSTRALIA

www.vogue.com.au

## POLAND

www.glamour.kobieta.pl

## THE NETHERLANDS

www.glamour.nl

## SWEDEN

www.glamour.se

K

Exhibit K

your-name@teenvogue.zzn.com
your-name@LEGAL.VogueEspaniol.zzn.com
your-name@LEGAL.VogueEspanol.zzn.com
your-name@VOGUEmail.zzn.com
your-name@luomovogue.zzn.com
your-name@glamour.zzn.com
your-name@glamourawards.zzn.com
your-name@DETAILS-MAGAZINE.zzn.com
your-name@wired.zzn.com
your-name@LEGAL.condenastinternational.zzn.com
your-name@condenastmagazines.zzn.com
your-name@LEGAL.condenastpublishing.zzn.com
your-name@trademark violation.condenast.zzn.com

L

Case 1:07-cv-07923-SHS    Document 1-3    Filed 09/10/2007    Page 12 of 14



# Welcome, linda love
and thank you for signing up for your new web-based email address.

ENTER YOUR ACCOUNT INFORMATION

| | |
|---|---|
| Name (First, Last) | linda    love |
| Choose your new email address | linda@VOGUEmail.zzn.com<br>love@VOGUEmail.zzn.com<br>linda.lov@VOGUEmail.zzn.com<br>linda_lo@VOGUEmail.zzn.com<br>lindal@VOGUEmail.zzn.com<br>lindalove@VOGUEmail.zzn.com<br>l_love@VOGUEmail.zzn.com |
| Create your own: | @VOGUEmail.zzn.com |
| Password: | Must be at least 4 characters long. |
| Confirm password: | |

| | | |
|---|---|---|
| Password Question | | In case you forget your password. |
| Password answer: | | |
| Birth Year | [select] | You must be at least 13 years old to use this service. |
| Gender: | [select] | |
| Country | [select best answer from list] | |
| Zip: | | |
| Alternate E-Mail | | Optional |
| Confirmation Code | C5KnAZ | Type the confirmation code in the image on the left to confirm your account. Click **Here** if you cannot see this image. |
| Conditions of Use | | By submitting your registration information, you indicate that you agree to the **Terms of Service** and have read and understand the **Privacy Policy**. Your submission of this form will constitute your consent to the collection and use of this information and the transfer of this information to the United States or other countries for processing and storage by this service. You also agree to receive required administrative and legal notices such as this electronically. |

Continue

Copyright © 1997-2007 ZZN, ZapZone Network.   All rights reserved. - **Terms of Use** - **Privacy policy**