**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ADVANCE MAGAZINE PUBLISHERS, INC.
d/b/a THE CONDE NAST PUBLICATIONS,

        Plaintiff,

   v.

ZAP ZONE NETWORK, MAIL CENTRO, INC.
and CP SOFTWARE GROUP

        Defendants.

------------------------------------------------------------- x

**07 CIV 7923**

07 Civ. _____ ( )

**RULE 7.1 STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Advance Magazine Publishers Inc. d/b/a The Conde Nast Publications certifies that Advance Magazine Publishers Inc. d/b/a The Conde Nast Publications is a New York corporation and is wholly owned by The Patriot-News Co., a Pennsylvania corporation. The Patriot-News Co. is wholly owned by Advance Publications, Inc., a New York corporation. All three companies are privately held.

Dated: New York, New York
       September 7, 2007

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: _____
                                      Elizabeth A. McNamara (EAM 1987)
                                      Christopher J. Robinson (CR 9165)
                                      1633 Broadway
                                      New York, New York 10019
                                      (212) 489-8230