NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CHISTOPHER J. ROBINSON (CR 9165)
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 489-8230

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| ADVANCE MAGAZINE PUBLISHERS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ZAP ZONE NETWORK, MAIL CENTRO, INC. AND CPS SOFTWARE GROUP<br><br>Defendant. | CASE NUMBER<br>07 CIV 7923<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN; PROCEDURES FOR ELECTRONIC CASE FILING

in the within action by personally delivering true copies thereof to the person served as follows:

    Served            :    MAIL CENTRO, INC.

    By serving       :    David Sayakally, Authorized Agent

    Address          :    (Business)
                               715 Sutter Street
                               Folsom, CA 95630

    Date of Service  :    September 11, 2007

    Time of Service  :    10:40 AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 11, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Sacramento
Number 92-007

Signature: _____
GARI GREENHALGH

221753

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CHISTOPHER J. ROBINSON (CR 9165)
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 489-8230

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ADVANCE MAGAZINE PUBLISHERS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ZAP ZONE NETWORK, MAIL CENTRO, INC.<br>AND CPS SOFTWARE GROUP<br><br>Defendant. | CASE NUMBER<br>07 CIV 7923<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN; PROCEDURES FOR ELECTRONIC CASE FILING

in the within action by personally delivering true copies thereof to the person served as follows:

- Served : CPS SOFTWARE
- By serving : David Sayakally, Authorized Agent
- Address : (Business)
  715 Sutter Street
  Folsom, CA 95630
- Date of Service : September 11, 2007
- Time of Service : 10:40 AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 11, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Sacramento
Number 92-007

Signature: _____
GARI GREENHALGH

221754

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CHISTOPHER J. ROBINSON (CR 9165)
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 489-8230

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| ADVANCE MAGAZINE PUBLISHERS, INC.<br><br>Plaintiff,<br><br>V.<br><br>ZAP ZONE NETWORK, MAIL CENTRO, INC. AND CPS SOFTWARE GROUP<br><br>Defendant. | CASE NUMBER<br>07 CIV 7923<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN; PROCEDURES FOR ELECTRONIC CASE FILING

in the within action by personally delivering true copies thereof to the person served as follows:

    Served           : ZAP ZONE NETWORK

    By serving       : David Sayakally, Authorized Agent

    Address          : (Business)
                       715 Sutter Street
                       Folsom , CA 95630

    Date of Service  : September 11, 2007

    Time of Service  : 10:40 AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 11, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Sacramento
Number 92-007

Signature: _____
GARI GREENHALGH

221755

** TOTAL PAGE.04 **