UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------)
ADVANCE MAGAZINE PUBLISHERS,       )
INC. d/b/a THE CONDE NAST          )          07-CV-7923(SHS)
PUBLICATIONS,                      )
                                   )
                                   )
              Plaintiff,           )
                                   )
       v.                          )          STIPULATION AND ORDER
                                   )          EXTENDING DEFENDANTS'
ZAP ZONE NETWORK, MAIL CENTRO,     )          TIME TO ANSWER
INC. and CP SOFTWARE GROUP,        )
                                   )
              Defendants.          )
--------------------------------------------------)

    IT IS HERBY STIPULATED AND AGREED by and between the undersigned

counsel for Plaintiff, Advance Magazine Publishers, Inc. d/b/a The Conde Nast Publications

("Plaintiff") and counsel for Defendants, Zap Zone Network, Mail Centro, Inc. and CP Software

Group ("Defendants"), that the time to answer or otherwise move in response to the

Complaint herein for Defendants, has been extended through and including November 1,

2007.

Dated: New York, New York
       September 28, 2007

Elizabeth A. McNamara, Esq. (EAM 1987)    Bruce D. Katz, Esq. (BK 2041)
Christopher J. Robinson (CR 9165)         Law Offices of Bruce D. Katz and Associates
DAVIS WRIGHT TREMAINE LLP                 225 Broadway, 37th Floor
1633 Broadway                             New York, New York 10007
New York, New York  10019                 Telephone: (212)233-3434
Telephone: (212)489-8230                  Facsimile: (212)208-3060
Facsimile: (212)489-8340

By                                        By:
s/ _____                        s/ _____

                                          SO ORDERED 10/1/07

                                          SIDNEY L. STEIN
                                          U.S.D.J.