AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

ADVANCE MAGAZINE PUBLISHERS,
INC. d/b/a THE CONDE NAST PUBLICATIONS,

v.

ZAP ZONE NETWORK, MAIL CENTRO,
INC. and CP SOFTWARE GROUP,

**APPEARANCE**

Case Number:  07 CIV 7923 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ZAP ZONE NETWORK, MAIL CENTRO,
INC. and CP SOFTWARE GROUP,

I certify that I am admitted to practice in this court.

10/18/2007
Date

Signature

Bruce D. Katz                                       BK2041
Print Name                                       Bar Number

225 Broadway, 37th Floor
Address

New York            NY            10007
City                State            Zip Code

(212) 233-3434        (212) 208-3060
Phone Number                    Fax Number