Bruce D. Katz, Esq. (BK-2041)
LAW OFFICES OF BRUCE D. KATZ
& ASSOCIATES
225 Broadway – 37th Floor
New York, NY 10007
Phone: (212)233-3434
Fax: (212)208-3060

*Attorneys for Defendants*
Zap Zone Network, Mail Centro, Inc
and CP Software Group

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS, INC. d/b/a THE CONDE NAST PUBLICATIONS,<br><br>Plaintiff,<br><br>v.<br><br>ZAP ZONE NETWORK, MAIL CENTRO, INC. and CP SOFTWARE GROUP,<br><br>Defendants. | ECF CASE<br>07-CV-7923(SHS)<br><br><br>**STATEMENT PURSUANT TO LOCAL RULE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants (all of whom are private, non-governmental parties), certifies that none of the defendants have corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
      November 30, 2007

                                      /s/
By:  Bruce D. Katz, Esq. (BK-2041)
      Bruce D. Katz & Associates
      225 Broadway – 37th Floor.
      New York, NY 10007
      (212)233-3434

      *Attorneys for Defendants*
      *Zap Zone Network, Mail Centro, Inc. and*
      *CP Software Group*