```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ADVANCE MAGAZINE PUBLISHERS, INC.,   :   07 Civ. 7923 (SHS)

                Plaintiff,   :

-against-   :   ORDER

ZAP ZONE NETWORK, *ET AL.*,   :

                Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Defendants shall respond to plaintiff's first request for documents on or before March 28, 2008;

    2.    There will be a pretrial conference on June 27, 2008, at 11:00 a.m.; and

    3.    The last day for completion of discovery is June 27, 2008. There will be no extensions of the discovery deadline.

Dated: New York, New York
       February 29, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.