STEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ADVANCE MAGAZINE PUBLISHERS, INC.  :
d/b/a THE CONDE NAST PUBLICATIONS, :
                                   :
                    Plaintiff,     :   07 Civ. 7923 (SHS)
                                   :
         -against-                 :   **STIPULATION OF DISMISSAL**
                                   :   **WITH PREJUDICE**
ZAP ZONE NETWORK, MAIL CENTRO, INC. :
and CP SOFTWARE GROUP              :
                                   :
                    Defendants.    :
                                   :
-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned attorneys for the respective parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed with prejudice, and without costs to any party. The undersigned represent all the parties who have appeared in this action.

This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties.

DWT 11361731v1 3920066-000020



Dated: New York, New York
June 23, 2008

| DAVIS WRIGHT TREMAINE LLP | BRUCE D. KATZ & ASSOCS. |
|---|---|
| By: _/s/ Christopher Robinson_ <br> Elizabeth A. McNamara (EM 1987) <br> Christopher J. Robinson (CR 9165) <br> 1633 Broadway <br> New York, NY 10019 <br> (212) 489-8230 | By: _/s/ Bruce D. Katz_ <br> Bruce D. Katz (BK 2041) <br> 225 Broadway, 37th Floor <br> New York, NY 10007 <br> (212) 233-3434 |
| Attorneys for Plaintiff <br> ADVANCE MAGAZINE PUBLISHERS, INC. | Attorneys for Defendants <br> ZAP ZONE NETWORK, MAIL CENTRO, INC. and CP SOFTWARE GROUP |

SO ORDERED 6/24/08

_/s/ Sidney H. Stein_
Sidney H. Stein, U.S.D.J.